IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| SUNSET MANAGEMENT, LLC, derivatively on behalf of TRANSCONTINENTAL REALTY INVESTORS, INC., | § § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 3:04-CV-2162-K |
| V. | § § § | |
| AMERICAN REALTY INVESTORS, INC., et al., | § | |
| Defendants. | | |

## JUDGMENT

This Judgment is entered pursuant to the Court's Memorandum Opinion and Order also entered this day, in which the Court granted the Defendants' motion to dismiss. It is therefore,

ORDERED, ADJUDGED and DECREED, that Plaintiff Sunset Management, LLC, take nothing by its suit against Defendants American Realty Investors, Inc., Basic Capital Management, Inc., Prime Income Asset Management, Inc., Prime Income Asset Management, LLC, Income Opportunity Realty Investors, Ted Stokely, United Housing Foundation, Inc., Henry Butler, Earl Cecil, Martin White, Sharon Hunt, Ted Munselle, Mark Branigan, Louis Corna, Mickey Phillips, Ryan Phillips, Dan S. Allred, Gene

Phillips, Ronald E. Kimbrough, J.C. Lowenberg, III, Regis Realty, Inc., and Transcontinental Realty Investors, Inc., and that the Plaintiff's claims are **DISMISSED** with prejudice, with all costs taxed against the Plaintiff.

**SO ORDERED.**

May 16, 2005.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

# CLOSED

**CASE #** 3:04CV2162-K

**DATE** 5 / 16 / 06

**TRIAL   YES____   NO ✓____**